# RECORD OF INITIAL APPEARANCE BEFORE MAGISTRATE JUDGE

UNITED STATES OF AMERICA
vs
Darwin Alexander Davila-Perez

MAGISTRATE JUDGE'S DOCKET NO. 2:25-mj-2079
DATE OF COMPLAINT: 12/22/2025
CRIMINAL DOCKET NO.
DATE OF INDICTMENT
ORIGINATING DISTRICT (if applicable)

DATE ARRESTED: Writ

## INITIAL APPEARANCE

Presiding Magistrate Judge: [ ] BROWN  [ ] KELLY  [ ] PESTO  [ ] DODGE  [ ] LANZILLO  [ ] TAYLOR

Date: 1/12/2026
Time: 11:00 am – 11:08 am
CD #: 
Court Reporter: none

U.S. ATTORNEY: Lee Fay
INTERPRETER: Ana Lahr * Spanish

### 1. RIGHTS EXPLAINED
[✓] Defendant orally consents to proceeding by video conference or teleconferencing because video conferencing is not reasonably available
[✓] Government orally advised of obligations, pursuant to Brady v. Maryland and the Due Process Protections Act.

### 2. COMPLAINT/INDICTMENT/INFORMATION
[ ] Read   [✓] Summarized   [✓] Reading waived
[ ] Defendant provided with a copy of the charges
[✓] Defendant to be provided with a copy of the charges as soon as possible

### 3. ACT & PENALTIES
[ ] Read   [✓] Summarized   [ ] Reading waived

### 4. COUNSEL
[✓] Defendant requested appointment   [ ] Defendant waived appointment
[✓] Defendant represented by: Jane Morrison
[ ] Defendant expects to retain:
[ ] Affidavit executed.
[ ] Not Qualified   [✓] Qualified   [ ] With possible requirement for partial or full payment
[✓] Federal Public Defender appointed
[ ] CJA Panel Attorney _____ appointed

### 5. BAIL
Recommended Bond: Detention
Bond Set at:
[ ] By Consent
[ ] By Magistrate Judge
[✓] Temporary Commitment issued   [ ] Final Commitment issued
[ ] Additional Conditions Imposed:
Bond/Detention Hearing set for: Waived

### 6. PRELIMINARY EXAMINATION/RULE 40 HEARING/ARRAIGNMENT
Preliminary Exam/Rule 40/Arraignment set for: 1/16 at 10:30 am   before Magistrate Judge Dodge

WDPA Rev 06/24