# IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| <u>UNITED STATES OF AMERICA</u> | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | No. 2:25-mj-02079-PLD |
| | ) | |
| <u>DARWIN ALEXANDER DAVILA-PEREZ</u> | ) | |
| Defendant | ) | |

## PRELIMINARY EXAMINATION

Before <u>Magistrate Judge Christopher B. Brown</u>

<u>        Lee Fry        </u>      <u>      Jake Morrison      </u>
Appear for Plaintiff                          Appear for Defendant

Hearing begun  <u>1/28/2026 at 1:15 p.m.</u>     Hearing adjourned <u>                </u>

Hearing concluded  <u>1/28/2026 at 1:55p.m.</u>   Court Reporter    <u>Jessica Fisher</u>

<u>Spanish Interpreter: Katty Kauffman.</u>

<u>Government witness: ICE Supervisory Officer Alex Simon.</u>

<u>Government Exhibit 1 (complaint affidavit) admitted by the Court.</u>

<u>Defense cross-examination of Government witness.</u>

<u>Government redirect of witness.</u>

<u>Defense Exhibit A (video) admitted by the Court.</u>

<u>Government argument as to probable cause.</u>

<u>Defense argument as to lack of probable cause.</u>

<u>Government rebuttal argument.</u>

<u>Defense rebuttal argument.</u>

The Court finds that probable cause has been established.