IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 26-16 |
| DARWIN ALEXANDER DAVILA-PEREZ | |

FILED
FEB 0 3 2026
CLERK U.S. DISTRICT COURT
WEST DIST OF PENNSYLVANIA

## INDICTMENT MEMORANDUM

AND NOW comes the United States of America, by its attorneys, Troy Rivetti, United States Attorney for the Western District of Pennsylvania, and Lee A. Fry, Assistant United States Attorney in and for said District, and submits this Indictment Memorandum to the Court:

### I. THE INDICTMENT

A federal grand jury returned a one-count indictment against the above-named defendant for an alleged violation of federal law:

| COUNT | OFFENSE/DATE | TITLE/SECTION |
|---|---|---|
| One | Assault of a Federal Officer<br>On or about December 17, 2025 | 18 U.S.C. §§ 111(a)(1) & (b) |

### II. ELEMENTS OF THE OFFENSE

**As to Count 1:**

In order for the crime of Assault of a Federal Officer, in violation of 18 U.S.C. §§ 111(a)(1) and (b), to be established, the government must prove all of the following essential elements beyond a reasonable doubt:

1. That on or about the date alleged in the Indictment, the defendant intentionally forcibly assaulted, resisted, opposed, impeded, intimidated, or interfered with a person designated in section 1114 of Title 18, United States Code.

2. That the defendant inflicted bodily injury.

3. That the defendant did so while the person designated in section 1114 was engaged in or on account of the performance of official duties.

### III. PENALTIES

**As to Count 1: Assault of a Federal Officer (18 U.S.C. §§ 111(a)(1) & (b)):**

1. Not more than twenty (20) years imprisonment.

2. A fine of not more than $250,000.

3. A term of supervised release of not more than three (3) years.

### IV. MANDATORY SPECIAL ASSESSMENT

A mandatory special assessment of $100.00 must be imposed at each count upon which the defendant is convicted, pursuant to 18 U.S.C. § 3013.

### V. RESTITUTION

Not applicable in this case.

### VI. FORFEITURE

Not applicable in this case.

Respectfully submitted,

TROY RIVETTI
United States Attorney

*/s/ Lee A. Fry*
LEE A. FRY
Assistant United States Attorney
PA ID No. 325861