IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) Criminal No. 26-16 |
| v. | ) Judge Fischer |
| DARWIN ALEXANDER DAVILA-PEREZ | ) Magistrate Judge Patricia L. Dodge ) |

## MAGISTRATE JUDGE'S REPORT OF ARRAIGNMENT

Defense Counsel: __Jake Morrison__          AUSA: __Lee Fry__

1. Date of arraignment:   2/11/2026

2. Defendant is:   __X__ incarcerated.
   ____ on bond.

3. Defendant entered a plea of **NOT GUILTY**.

4. The parties were advised that all pretrial motions must be filed within fourteen (14) days.

5. A Rule 16 conference:   __X__ has been held      ____ has not been held.

6. Discovery is:   __X__ completed      ____ not completed.

7. Defendant has requested to be tried by: __X__ Jury      ____ non-Jury.

8. All parties have been advised that the matter:
   ____ has been scheduled for trial for _____.
   ____ has not been scheduled for trial.
   __X__ has not been scheduled for trial, but will be notified.

9. Estimated trial length for:   Govt: __1 day__   Deft: __1 day__.

10. Oral motion made for extension of Pretrial Motions? __X__ Yes ____ No   Motions Due: __3/30/26__

   __X__ has been processed by US Marshal.
   ____ has not been processed by US Marshal, but has been advised to be processed.

s/Patricia L. Dodge
United States Magistrate Judge

cc:   Judge Fischer.

*Spanish Interpreter; Nikolaj Widenmann utilized for the 2/11/26 proceeding*