# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

DARWIN ALEXANDER DAVILA-PEREZ

Criminal No. 2:26-cr-16

## ARRAIGNMENT PLEA

Defendant DARWIN ALEXANDER DAVILA-PEREZ

being arraigned, pleads _Not Guilty_

in open Court this _11th_ day of

_February_, 20 _26_

_____
(Defendant's Signature)

_____
(Attorney for Defendant)