IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 26-0016 |
| DARWIN ALEXANDER DAVILA-PEREZ | |

<u>RECEIPT FOR LOCAL CRIMINAL RULE 16 MATERIAL</u>

The following materials are provided to you pursuant to Local Criminal Rule 16 of the Local Rules of Court for the United States District Court of Western Pennsylvania:

1. Relevant written or recorded statements or confessions of the defendant. Specify:

    **N/A**

2. Grand Jury testimony of the defendant. Specify:

    **N/A**

3. Defendant's prior criminal record attached.

    ☒ Yes         ☐ No

4. At a time convenient to all parties, the attorney for the defendant will be permitted to inspect and copy all tangible objects, books, papers, documents, buildings or places which are in the possession, custody or control of the government and (a) are material to preparation of defendant's defense, (b) are intended for use by the government as evidence in chief at trial, or (c) were obtained from or belong to the defendant.

5. Reports of relevant physical or mental examinations and scientific tests. Specify:

    **N/A**

6. As set forth in applicable case authority, counsel for the government recognizes his/her obligation to seek all evidence favorable to the defendant which is known to the others acting on the government's behalf in this case, and will timely disclose known, material, favorable evidence in a manner which accords due process to the defendant. The following exculpatory material is being disclosed at this time:

7. The Government is also providing the following via a USB on February 11, 2026:

    **Please refer to the attached file list.**

8. In light of the above disclosures, the government requests reciprocal discovery pursuant to Federal Rule of Criminal Procedure 16(b)(1)(A), (B) and (C).

Respectfully submitted,

TROY RIVETTI
United States Attorney

*s/ Lee A. Fry*
LEE A. FRY
Assistant U.S. Attorney

2-11-26
Date

On behalf of the defendant, I hereby request discovery and acknowledge receipt:

s/ *Jake Morrison*
Counsel for Defendant

2/13/2026
Date

Original to Magistrate
Copy for Defendant and USA

## US v. DAVILA-PEREZ (26-0016) Initial Rule 16 Discovery
### 2.11.26 Production File List

| Folder | Name | File Type | Size (MB) |
|---|---|---|---|
| \ | 4473 - Firearm Records.pdf | .pdf | 1.97 |
| \ | Florida Driver and Vehicle Information.pdf | .pdf | 0.22 |
| \ | PSP Email Request_Redacted.pdf | .pdf | 2.00 |
| \ | Video - Defense Ex A .MP4 | .MP4 | 10.07 |
| \ | PBP Body Camera Footage Case-PGHP25191490.zip | .zip | 11057.59 |
| \ | I-213 - RECORD OF DEPORTABLE_INADMISSIBLE ALIEN (1).pdf | .pdf | 1.68 |
| \ | CCH .pdf | .pdf | 0.16 |
| \HSI | PB16H226PB0001-003-Guns Priced Right Interview - December 19, 2025.pdf | .pdf | 0.16 |
| \HSI | PB16H226PB0001-002-Norton Street Knock and Talks - December 17, 2025.pdf | .pdf | 2.25 |
| \HSI | PB16H226PB0001-001-Opening Report.pdf | .pdf | 0.16 |
| \HSI | Statement of Rights Waiver.pdf | .pdf | 0.17 |
| \HSI | PB16H226PB0001-004-Norton Street Knock and Talk Interviews - January 8, 2026.pdf | .pdf | 12.50 |
| \HSI | Photos (22) .zip | .zip | 69.20 |
| \HSI | Wargo Body Worn Camera Footage (7) .zip | .zip | 1297.29 |
| \HSI | Kreush Body Worn Camera Videos (8) .zip | .zip | 1801.32 |
| \Injury Photos | IMG_004061.jpg | .jpg | 1.89 |
| \Injury Photos | IMG_004062.jpg | .jpg | 2.18 |
| \Injury Photos | IMG_004063.jpg | .jpg | 1.34 |
| \Injury Photos | IMG_004064.jpg | .jpg | 1.74 |
| \Injury Photos | IMG_004065.jpg | .jpg | 2.01 |
| \Injury Photos | IMG_004066.jpg | .jpg | 2.06 |
| \Injury Photos | IMG_004067.jpg | .jpg | 2.77 |
| \Injury Photos | IMG_004068.jpg | .jpg | 2.19 |
| \Injury Photos | IMG_004069.jpg | .jpg | 1.69 |
| \Injury Photos | IMG_004070.jpg | .jpg | 1.98 |
| \Injury Photos | IMG_004071.jpg | .jpg | 2.19 |
| \Injury Photos | IMG_004072.jpg | .jpg | 1.85 |
| \Injury Photos | IMG_004050.jpg | .jpg | 2.14 |
| \Injury Photos | IMG_004051.jpg | .jpg | 1.88 |
| \Injury Photos | IMG_004052.jpg | .jpg | 1.41 |
| \Injury Photos | IMG_004053.jpg | .jpg | 3.05 |
| \Injury Photos | IMG_004054.jpg | .jpg | 2.30 |
| \Injury Photos | IMG_004079.jpg | .jpg | 1.36 |
| \Injury Photos | IMG_004078.jpg | .jpg | 1.43 |
| \Injury Photos | IMG_004055.jpg | .jpg | 1.97 |
| \Injury Photos | IMG_004056.jpg | .jpg | 2.28 |
| \Injury Photos | IMG_004057.jpg | .jpg | 2.18 |
| \Injury Photos | IMG_004058.jpg | .jpg | 1.81 |
| \Injury Photos | IMG_004059.jpg | .jpg | 1.65 |
| \Injury Photos | IMG_004060.jpg | .jpg | 1.60 |
| \ICE | DV Narrative_Redacted.pdf | .pdf | 0.05 |
| \ICE | PB 12-17-25 - DAVILA_Redacted.pdf | .pdf | 0.05 |
| \ICE | PB Medical Visit_Redacted.pdf | .pdf | 2.41 |
| \ICE\Photos | IMG_0343.HEIC | .HEIC | 2.30 |
| \ICE\Photos | IMG_0339.HEIC | .HEIC | 2.45 |
| \ICE\Photos | IMG_0340.HEIC | .HEIC | 1.64 |
| \ICE\Photos | IMG_0341.HEIC | .HEIC | 2.24 |
| \ICE\Photos | IMG_0342.HEIC | .HEIC | 1.96 |